35. As a member of the Massachusetts Bar, Defendant Veloso had a duty to investigate independently the Complaint brought before the Election Commission and to make sure the complaint had been brought pursuant to the appropriate statutes.

36. No such Complaints had been brought before the Election Commission.

37. Defendant Election Commissioners knew the correct procedure to bring before them a complaint and also knew neither procedure had been followed.

38. The fact that no proper complaint had been filed was made known to Defendant Veloso in writing prior to the hearings and at both hearings.

39. The fact was also made known at both hearings to Defendant Election Commissioners.

40. In spite of this, the Defendant Election Commissioners proceeded with the hearing.

41. Defendant Veloso also allowed the matter to proceed as prosecuted by his superior, the City Solicitor, Defendant Christine P. O'Connor.

42. Defendant Veloso never advised the Defendant Election Commissioners as to the law on proper procedure to bring before them a complaint.

43. The evidence produced by the Defendant City of Lowell, to include irrelevant, incompetent, and immaterial questions asked by Defendant Election Commissioner Pope of the Plaintiff on March 11, 2021, was insufficient was a matter of law to support the vote of the Defendant Election Commissioners.

44. As a result of the ruling by Defendant Veloso, pursuant to the complaint brought by his superior, Defendant O'Connor, Plaintiff was forced to file three law suits in Middlesex County Superior Court and to defend two appeals in The Massachusetts Court of Appeals.

45. On March 12, 2021, Plaintiff filed 2181CV00551 in Middlesex County Superior Court seeking to overturn the decision of Defendant Election Commissioners.

46. A hearing was held on the matter on March 23, 2021.

47. On March 24, 2021, White, J., issued a Memorandum and order that Plaintiff was domiciled in Lowell and eligible to take the seat.

48. On March 25, 2021, the Judgment was entered into the docket by the clerk.

49. On March 26, 2021, Defendant City, by Defendant O'Connor, filed a Notice of Appeal of the decision and order.

50. On March 24, 2021, Plaintiff, through counsel, served a written request on Defendants City of Lowell and O'Connor pursuant to the Public Records Act, M.G.L.

**Roland L. Milliard**
Pilgrim Place
1470 Lakeview Ave.
Suite 2
Dracut, MA 01826
Tel. (978) 957-6799
Fax (978) 957-5322
BBO# 559361
roland@milliardlaw.com