# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**DOMINIK HOK LAY**

*Plaintiff*

v.

**CITY OF LOWELL, ET AL.**

*Defendant*

Civil Action No.:
**1:24−CV−10514−NMG**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.:  **1:24−CV−10514−NMG**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) The City of Lowell

was received by me on (date) 3-4-24 .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Michael Geary , who is

designated by law to accept service of process on behalf of (name of organization) CITY

OF Lowell on (date) 3/8/24 ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

3/8/24
Date

Server's Signature

Arthur Grenier/Private Investigator
Printed name and title

1595 Lakeview Ave., #203, Dracut, MA 01826
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOMINIK HOK LAY** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:24−CV−10514−NMG** |
| **CITY OF LOWELL, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.: **1:24−CV−10514−NMG**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Christine P. O'Connor, Official Capacity</u>

was received by me on (date) <u>3-4-24</u>.

☑ I personally served the summons on the individual at (place) <u>NORTH ANDOVER</u>
<u>TOWN HALL</u> on (date) <u>3-8-24</u> ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

<u>3-8-24</u>
Date

<u>Arthur Grenier/Private Investigator</u>
*Server's Signature*
*Printed name and title*

<u>1595 Lakeview Ave., #203, Dracut, MA 01826</u>
*Server's Address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOMINIK HOK LAY** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:24−CV−10514−NMG** |
| **CITY OF LOWELL, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.: **1:24−CV−10514−NMG**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Christine P. O'Connor, Indi.

was received by me on (date) 3-4-24 .

☒ I personally served the summons on the individual at (place) NORTH ANdoVER
TowN HALL on (date) 3/8/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


3-8-24
_____
Date

_____
*Server's Signature*

**Arthur Grenier/Private Investigator**
_____
*Printed name and title*


1595 Lakeview Ave., #203, Dracut, MA 01826
_____
*Server's Address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**DOMINIK HOK LAY**

*Plaintiff*

v.

**CITY OF LOWELL, ET AL.**

*Defendant*

Civil Action No.:
**1:24−CV−10514−NMG**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.: **1:24−CV−10514−NMG**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Elliott Veloso, Official Capacity</u>

was received by me on (date)___<u>3-4-24</u>___.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name)___<u>25 Bradford Cir, Hudson, NH 03031</u>___

___<u>adult male household member</u>___, a person of suitable age and discretion who resides there,

on (date) ___<u>3/12/24</u>___ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

___<u>3/12/24</u>___
Date

_____
*Server's Signature*

**Arthur Grenier/Private Investigator**
*Printed name and title*

1595 Lakeview Ave., #203, Dracut, MA 01826
*Server's Address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOMINIK HOK LAY** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:24−CV−10514−NMG** |
| **CITY OF LOWELL, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.: **1:24−CV−10514−NMG**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) Elliott Veloso, Individually

was received by me on (date) 3-4-24 .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) 25 Bradford Cir, Hudson, NH 03051

Adult male household member , a person of suitable age and discretion who resides there, 3/12/24

on (date) 3/12/24 , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

3-12-24
_____
Date

_____
*Server's Signature*

**Arthur Grenier/Private Investigator**
_____
*Printed name and title*

1595 Lakeview Ave., #203, Dracut, MA 01826
_____
*Server's Address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOMINIK HOK LAY** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:24−CV−10514−NMG** |
| **CITY OF LOWELL, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.: **1:24−CV−10514−NMG**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Nicholas Anastasi, Official Capacity</u>

was received by me on (date) <u>3-7-24</u>

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

<u>6 MEWUT CIR, Newburyport / MA</u>

☒ I left the summons at the individual's residence or usual place of abode with (name) <u>At</u>

<u>Front door</u> , a person of suitable age and discretion who resides there,

on (date) <u>3/12/24</u> , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


<u>3/12/24</u>
Date

<u>Arthur Grenier/Private Investigator</u>
Server's Signature

Arthur Grenier/Private Investigator
Printed name and title

<u>1595 Lakeview Ave., #203, Dracut, MA 01826</u>
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOMINIK HOK LAY** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:24−CV−10514−NMG** |
| **CITY OF LOWELL, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.:  **1:24–CV–10514–NMG**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Nicholas Anastasi, Individually

was received by me on (date) 3-4-24 .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☒ I left the summons at the individual's residence or usual place of abode with (name) 6 MENUT CIR, NEWBURYPORT, MA

At door (FRONT) , a person of suitable age and discretion who resides there,

on (date) 3-12-24 , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.


3-12-24
_____
Date

_____
*Server's Signature*

**Arthur Grenier/Private Investigator**
_____
*Printed name and title*

1595 Lakeview Ave., #203, Dracut, MA 01826
_____
*Server's Address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DOMINIK HOK LAY** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:24−CV−10514−NMG** |
| **CITY OF LOWELL, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.: **1:24−CV−10514−NMG**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) <u>Beverly Anthes, Official Capacity</u>

was received by me on (date) _____3-4-24_____ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _____TIM Coughlin_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

<u>City oF Lowell Election Commission</u> on (date) _3/12/24_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.


_____3-12-24_____
Date

_____
Server's Signature

**Arthur Grenier/Private Investigator**
Printed name and title


1595 Lakeview Ave., #203, Dracut, MA 01826
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOMINIK HOK LAY** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:24−CV−10514−NMG** |
| **CITY OF LOWELL, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.: **1:24−CV−10514−NMG**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Zoe Dzineku, Official Capacity</u>

was received by me on (date) <u>3-4-24</u> .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☒ I left the summons at the individual's residence or usual place of abode with (name) <u>129 3rd St</u>
<u>Lowell, Household member</u>, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) <u>Tim Coughlin</u> , who is

designated by law to accept service of process on behalf of (name of organization) <u>City of</u>
<u>Lowell election Commission</u> on (date) <u>3-12-24</u>; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :



My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

<u>3/12/24</u>                      _____
Date                                              *Server's Signature*

**Arthur Grenier/Private Investigator**
*Printed name and title*

1595 Lakeview Ave., #203, Dracut, MA 01826
*Server's Address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOMINIK HOK LAY** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:24−CV−10514−NMG** |
| **CITY OF LOWELL, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.:  **1:24-CV-10514-NMG**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) James Pope, Official Capacity

was received by me on (date) 3-4-24 .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Tim Coughlin , who is

designated by law to accept service of process on behalf of (name of organization) City of

Lowell Election Commission on (date) 3/12/24; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.


_____
3/12/24
Date

_____
Server's Signature

**Arthur Grenier/Private Investigator**
_____
Printed name and title


1595 Lakeview Ave., #203, Dracut, MA 01826
_____
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DOMINIK HOK LAY** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:24−CV−10514−NMG** |
| **CITY OF LOWELL, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−02−29 15:10:23**, Clerk USDC DMA

Civil Action No.: **1:24−CV−10514−NMG**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>Eileen Donoghue, Official Capacity</u>

was received by me on (date)___ <u>3-4-24</u> ___ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☒ I left the summons at the individual's residence or usual place of abode with (name) <u>257 AWdoVEr St, Lowell, MA FRoNt Door</u> , a person of suitable age and discretion who resides there,

on (date) <u>3|8|24</u> , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


<u>3|8|24</u>
Date

<u>Arthur Grenier/Private Investigator</u>
*Server's Signature*

**Arthur Grenier/Private Investigator**
*Printed name and title*

<u>1595 Lakeview Ave., #203, Dracut, MA 01826</u>
*Server's Address*

Additional information regarding attempted service, etc: